# Court of Appeals
# of the State of Georgia

ATLANTA, October 04, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0059. DANIELLE TERRELL v. FYR SFR BORROWER, LLC.**

In this dispossessory proceeding, the state court granted FYR SFR Borrower, LLC a writ of possession against Danielle Terrell on August 22, 2024, after Terrell failed to pay the rent due in the amount of $7,781.40. On September 12, 2024, Terrell filed an application for discretionary review to challenge the trial court's ruling. We, however, lack jurisdiction.

No discretionary application is required in this case. A final judgment is directly appealable under OCGA § 5-6-34 (a) (1), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a). Ordinarily, under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). However, as this case is a dispossessory proceeding, OCGA § 44-7-56 governs the appeal procedure. OCGA § 44-7-56 (b) (1) provides that "[a] copy of the petition for review filed in the reviewing superior or state court or the notice of appeal shall be filed with the clerk of the trial court within seven days after the date the judgment was entered in the trial court." See also *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).

Here, Terrell filed her application 21 days after the trial court's order. Because OCGA § 44-7-56 (b) (1) required Terrell to file a notice of appeal within seven days,

this filing is untimely, and this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___10/04/2024_____
            I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
            Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.